UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHERMYA M. WASHINGTON,

    Plaintiff,

  v.

WILKINSON CORPORATION, GOOD
NEIGHBOR CARE CENTERS, LLC d/b/a
The Fountains of Shiloh, and JULES
JOHANSON,

    Defendants.

Case No. 18-cv-494-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Chermya M. Washington's notice of dismissal (Doc. 46), which the Court construes as a stipulation of dismissal with prejudice of defendants Wilkinson Corporation and Jules Johanson pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation has been signed by all remaining parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds Washington's claims against Wilkinson Corporation and Johanson are **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: November 27, 2018**

                                                    s/ J. Phil Gilbert
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**