UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHERMYA M. WASHINGTON,

    Plaintiff,

v.

WILKINSON CORPORATION, GOOD
NEIGHBOR CARE CENTERS, LLC d/b/a
The Fountains of Shiloh, and JULES
JOHANSON,

    Defendants.

Case No. 18-cv-494-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Chermya M. Washington's stipulation of dismissal with prejudice of defendant Good Neighbor Care Centers, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 50). The stipulation has been signed by all remaining parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds Washington's claims against Good Neighbor Care Centers, LLC are **DISMISSED with prejudice.** In light of the fact that Washington has previously dismissed with prejudice her claims against the other two defendants, the Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: March 5, 2019**

                                                  s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**